

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

OCT 0 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ISAIAS TOSCANO-GIL, § | |
| In Re § | |
| JENARO HERNANDEZ REYES, § | |
|    Petitioners, § | |
| § | |
| VS. § | CIVIL ACTION NO. B-96-080 |
| § | |
| E.M. TROMINSKI, INS DISTRICT § | |
| DIRECTOR, § | |
|    Respondent. § | |

TYPE OF CASE:        __X__ CIVIL                            ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                       DATE AND TIME:

**OCTOBER 27, 1999 AT 2:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    SEPTEMBER 30, 1999

TO:    MR. ALBERTO PULLEN
       MR. JENARO HERNANDEZ-REYES
       MS. ELIZABETH BRODYAGA
       MS. PHILEMINA JONES
       MR. KENNETH MUIR
       MS. LISA PUTNAM