30

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

NOV 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JENERO HERNANDEZ-REYES, ) | |
|     PETITIONER ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-96-080 |
| E.M. TROMINSKI, ) | |
| DISTRICT DIRECTOR, THE ) | |
| IMMIGRATION & NATURALIZATION ) | |
| SERVICE, ) | |
|     RESPONDENT ) | |

## ORDER

Upon consideration of the Unopposed Motion to Dismiss, the Court finds that the motion should be granted.

It is, therefore,

ORDERED that said motion be and the same hereby is GRANTED and the petition for habeas corpus is DISMISSED.

This is a final judgment.

Dated this ___1___ day of __November__, 199_, in Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE